**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(312) 705-7403**

WRITER'S EMAIL ADDRESS
**andrewschapiro@quinnemanuel.com**

August 7, 2025

<u>VIA ECF</u>

The Honorable Alvin K. Hellerstein
United States Courthouse
500 Pearl Street—Room 1050
New York, NY 1007
Fax: 212-805-7942

Re:   *Justice et al v. Uncharted Labs, Inc.*, Case No. 1:25-cv-05026-AKH

Dear Judge Hellerstein:

We represent Defendant Unchartered Labs, Inc., d/b/a Udio.com, in the above-referenced action. Pursuant to Your Honor's Individual Rule ¶ 1.D., we respectfully request an extension of time to respond to the Complaint. The response is currently due on August 18, 2025. We seek an extension of thirty days, to and including September 17, 2025. Counsel for Plaintiffs has consented to this extension, and no previous requests for an extension have been made.

We enclose a Stipulation and Proposed Order for the Court's convenience.

Very truly yours,

Andrew Schapiro

Cc:   Jarrett L. Ellzey, Esq. (via email)
      Krystle Delgado, Esq. (via email)
      Josh Sanford, Esq. (via email)
      Arkady Frekhtman, Esq. (via email)

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO |
SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH