UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY JUSTICE and 5TH WHEEL RECORDS, INC., *each individually and on behalf of all others similarly situated*,<br>　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>UNCHARTED LABS, INC., d/b/a Udio.com,<br>　　　　　　　Defendant. | Case No. 1:25-cv-05026-AKH<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of the Court and all parties of record:

　　Please enter my appearance on behalf of Defendant Uncharted Labs, Inc., d/b/a Udio.com, in the above-captioned matter.

　　I hereby certify that I am admitted to practice before this Court.

Dated: New York New York
　　　September 11, 2025

By:　　　*/s/ William F. Patry*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

William F. Patry
295 Fifth Avenue
New York, New York 10016
Tel:　(212) 849–7000
Email: williampatry@quinnemanuel.com

*Attorneys for Defendant Uncharted Labs, Inc., d/b/a Udio.com*