UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY JUSTICE and 5TH WHEEL RECORDS, INC., *each individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> UNCHARTED LABS, INC., d/b/a Udio.com., <br><br> Defendant | Case No. 1:25-cv-05026 <br><br><br> **EXHIBIT A** <br> **FIRST AMENDED CLASS ACTION COMPLAINT** |

# EXHIBIT A

| 5th Wheel Records / Justice Copyright Registration Catalog ||||||||||
| Title of Work | Type of Work | Registration No. | Registration Date | Claimant(s) | Date of Creation | Date of Publication | Authors & Authorship | Rights & Permissions | Names |
|---|---|---|---|---|---|---|---|---|---|
| 18 Gears to Life | Sound Recording & Music | SR0000940659 | 9/7/22 | 1. Anthony Gene Justice<br>2. 5th Wheel Records, Inc., Transfer by written agreement. My Heartland Publsihng, LLC | 2021 | 3/5/21 | 1. Antohny Gene Justice (sound recording, music, lyrics)<br>2. Jeffrey Sean Silvey (sound recording, lyrics) | 1. Misty Justice<br>2. 5th Wheel Records, Inc. | 1. Anthony Gene Justice<br>2. Jeffrey Sean Silvey<br>3. 5th Wheel Records, Inc.<br>4. My Heartland Publishing, LLC |
| A Merry Trucking Christmas | Sound Recording & Music | SRu001456089 | 3/17/21 | 1. Jeff Silvey<br>2. Jerry Salley<br>3. Tony G. Justice | 2020 | N/A | 1. Tony Justice (sound recording, composition, lyrics, music)<br>2. Justice Tony, pseud. of Tony Justice<br>3. Jeff Silvey (sound recording, lyrics)<br>4. Jerry Salley (sound recording, lyrics | Anthony G. Justice | 1. Tony Justice<br>2. Justice Tony, pseud.<br>3. Jeff Silvey<br>4. Jerry Salley<br>5. Tony G. Justice |
| Life on 18 Wheels | Sound Recording and Music | SR0000940595 | 9/7/22 | 1. Anthony Gene Justice<br>2. 5th Wheel Records, Inc., Transfer by written agreement. My Heartland Publsihng, LLC | 2021 | 3/5/21 | 1. Antohny Gene Justice (sound recording, music, lyrics)<br>2. Jeffrey Sean Silvey (sound recording, lyrics)<br>3. Roger Brown (sound recording, lyrics) | Misty Justice | 1. Anthony Gene Justice<br>2. Jeffrey Sean Silvey<br>3. Roger Brown<br>4. 5th Wheel Records, Inc.<br>5. My Heartland Publishing, LLC |
| War Paint | Sound Recording and Music | SRu001504667 | 5/3/22 | 1. Anthony Justice<br>2. 5th Wheel Records, Inc., Transfer by written agreement. My Heartland Publsihng, LLC | 2021 | N/A | Anthony Justice (sound recording + composition (lyrics, music) | Anthony Justice | 1. Anthony Justice<br>2. 5th Wheel Records<br>3. My Heartland Publishing |
| West Coast Turnaround | Sound Recording and Music | SR0000940660 | 9/7/22 | 1. Anthony Gene Justice<br>2. 5th Wheel Records, Inc., Transfer by written agreement. My Heartland Publsihng, LLC | 2021 | 3/5/21 | 1. Anthony Gene Justice (sound recording, music, lyrics)<br>2. Thomas Edward Collier, II (sound recording, lyrics)<br>3. Jeffrey Sean Silvey (sound recording, lyrics) | Misty Justice | 1. Anthony Gene Justice<br>2. Thomas Edward Collier, II<br>3. Jeffrey Sean Silvey<br>4. 5th Wheel Records, Inc.<br>5. My Heartland Publishing, LLC |
| Wild Days | Sound Recording and Music | SR0000940492 | 9/7/22 | 5th Wheel Records | 2021 | 4/16/21 | 5th Wheel Records, work for hire (sound recording, music, lyrics) | Anthony G. Justice | 5th Wheel Records |
| Wild Days | Sound Recording and Music | SR0000941484 | 9/27/22 | N/A | N/A | N/A | N/A | N/A | N/A |
| Center Lane Larry | Sound Recording and Music | SRu1496009 | 3/7/22 | Anthony Justice | 2021 | N/A | Anthony Justice (sound recording and musical work (with or without lyrics) | 1. 5th Wheel Records<br>2. Anthony G Justice | N/A |
| Long Distance Love | Sound Recording and Music | SRu1451987 | 4/7/21 | 1. Tony Justice<br>2. Jerry Salley   3. Jeff Sivley | 2020 | N/A | 1. Tony Justice (sound recording, music, lyrics + composition)<br>2. Jeff Silvey (sound recording, lyrics)<br>3. Jerry Salley (sound recording, lyrics) | Anthony Justice | N/A |
| Song of My People | Sound Recording and Music | SR0000944803 | 11/29/22 | Anthony G Justice | 2021 | 4/16/21 | Anthony G Justice                            (sound recording, music, lyrics) | Anthony G Justice | N/A |
| Driving in a Downpour | Sound Recording and Music | SR0000944279 | 11/21/22 | Anthony G Justice | 2021 | 4/16/21 | Anthony G Justice                            (sound recording, music, lyrics) | Anthony G Justice | N/A |

Dated: October 27, 2025

/s/ Jarrett L. Ellzey
Jarrett L. Ellzey*
Texas Bar No. 24040864
jellzey@eksm.com
Leigh S. Montgomery*
Texas Bar No. 24052214
lmontgomery@eksm.com
**EKSM, LLP**
4200 Montrose Bvld., Suite 200
Houston, Texas 77006
Telephone: (888) 350-3931
Facsimile: (888) 276-3455

Krystle Delgado*
Delgado Entertainment Law, PLLC
6803 E Main St # 1116
Scottsdale, AZ 85251
krystle@delgadoentertainmentlaw.com
Bar No. 031219

Arkady Frehktman
Frekhtman & Assoc
60 Bay 26th Street
Brooklyn, NY 11213
arkady@866attylaw.com

*admitted pro hac vice*

***Attorneys for Plaintiffs***

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing instrument was served on all counsel of record on October 27, 2025 in accordance with the Federal Rules of Civil Procedure.

                                      */s/ Jarrett L. Ellzey*
                                      Jarrett L. Ellzey