UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY JUSTICE and 5TH WHEEL RECORDS, INC., *each individually and on behalf of all others similarly situated*,<br>Plaintiffs,<br><br>v.<br><br>UNCHARTED LABS, INC., d/b/a Udio.com,<br><br>Defendant. | Case No. 1:25-cv-05026-AKH |

## STIPULATION AND [~~PROPOSED~~] ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the deadline for Defendant Uncharted Labs, Inc., d/b/a Udio.com, to respond to the Amended Complaint is extended from November 10, 2025 to and including December 1, 2025.

Dated: October 27, 2025

By. */s/ Andrew H. Schapiro*
Andrew H. Schapiro
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Defendant Uncharted Labs, Inc., d/b/a Udio.com*

By. */s/ Jarrett L. Ellzey*
Jarrett L. Ellzey
EKSM, LLP
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (888) 350-3931
Facsimile: (888) 276-3455

*Attorney for Plaintiffs and the Putative Class*

SO ORDERED.

DATED: **10/28/2025**

_____
UNITED STATES DISTRICT JUDGE