UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY JUSTICE and 5TH WHEEL RECORDS, INC., and MY HEARTLAND PUBLISHING, LLC, *each individually and on behalf of all others similarly situated*,

                    *Plaintiffs*,

    v.

UNCHARTED LABS, INC., d/b/a Udio.com,

                    *Defendant*.

---

Case No. 1:25-cv-05026-AKH

Hon. Alvin K. Hellerstein

**NOTICE OF MOTION**

**ORAL ARGUMENT REQUESTED**

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Unchartered Labs, Inc., d/b/a Udio.com's Motion to Dismiss Counts Two, Three, and Four of the First Amended Complaint, Defendant Unchartered Labs, Inc., d/b/a Udio.com ("Udio") will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, on a date and at a time to be determined by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6):

1. Dismissing Counts II, III, and IV of the First Amended Complaint with prejudice; and

2. Granting such other and further relief as the Court deems just and proper.

DATED:    December 1, 2025

QUINN EMANUEL URQUHART &
    SULLIVAN, LLP


By:    _/s/ Andrew Schapiro_____
    Andrew Schapiro
    William F. Patry
    Jessica A. Rose
    Dylan I. Scher
    295 5th Avenue
    New York, New York 10016-7103
    (212) 849-7000
    andrewschapiro@quinnemanuel.com
    williampatry@quinnemanuel.com
    jessicarose@quinnemanuel.com
    dylanscher@quinnemanuel.com

    *Attorneys for Defendant Uncharted Labs,*
    *Inc., d/b/a Udio.com*