UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY JUSTICE and 5TH WHEEL RECORDS, INC. and MY HEARTLAND PUBLISHING, LLC, *each individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> UNCHARTED LABS, INC., d/b/a Udio.com., <br><br> Defendant | Case No. 1:25-cv-5026 |

**PLAINTIFFS' NOTICE OF ERRATA REGARDING MEMORANDUM OF LAW IN IN OPPOSITION TO DEFENDANT UNCHARTED LABS, INC., D/B/A UDIO.COM'S MOTION TO DISMISS**

COMES NOW, Plaintiffs Anthony Justice, 5th Wheel Records, Inc., and My Heartland Publishing, LLC, submitting this Notice of Errata Regarding Memorandum of Law in Opposition to Defendant Uncharted Labs, Inc., D/B/A Udio.com's Motion to Dismiss (the "Opposition"), and would respectfully show the Court as follows:

1.  On December 15, 2025, Plaintiffs filed their Opposition (Dkt. 43).

2.  Included within the Opposition was the Local Civil Rule 7.1 required Statement of Word Count Compliance certificate.

3.  Plaintiffs erroneously stated the Opposition contained 7,997 words. The correct word count is 8,591 words, including footnotes.

4.  Attached as Exhibit 1 to this Notice is an Amended Statement of Word Count Compliance that accurately reflects the Opposition's word count as 8,591.

1

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request the Court accept Exhibit 1 as an amended Statement of Word Count Compliance to accurately reflect the total word count of the Opposition.

Dated: December 16, 2025

                                                                                                                        /s/ Krystle Delgado
Krystle Delgado, AZ Bar No. 031219
*Pro Hac Vice Admission*
**Delgado Entertainment Law, PLLC**
6803 E Main St # 1116
Scottsdale, AZ 85251
Telephone: 480-248-0657
krystle@delgadoentertainmentlaw.com

/s/ Jarrett L. Ellzey
Jarrett L. Ellzey, Texas Bar No. 24040864
*Pro Hac Vice Admission*
**EKSM, LLP**
4200 Montrose Blvd.., Suite 200
Houston, Texas 77006
Telephone: (888) 350-3931
jellzey@eksm.com
lmontgomery@eksm.com

/s/ Josh Sanford
Josh Sanford, Arkansas Bar No. 2001037
*Pro Hac Vice Admission*
**SANFORD LAW FIRM, PLLC**
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

***Attorneys for Plaintiffs and the Proposed Class***

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I caused the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system, and service will be deemed complete upon such filing.

By: */s/ Jarrett L. Ellzey*
     Jarrett L. Ellzey