

JARRETT ELLZEY
TOM KHERKHER
JOSH SANFORD
LEIGH MONTGOMERY
SEAN SHORT
REBECCA MATLOCK
ANNA STIRITZ
VANESSA KINNEY
CHRISTOPHER TORRES
KADIAN CRAWFORD

———————————————

4200 MONTROSE BLVD, SUITE 200
HOUSTON, TX 77006
WWW.EKSM.COM
TELEPHONE: (713) 244-6363
FACSIMILE: (888) 276-3455

May 5, 2026

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:     *Justice et al. v. Uncharted Labs, Inc.*, No. 1:25-cv-05026
                (S.D.N.Y.)Dear Anthony:

Dear Judge Hellerstein:

We represent Plaintiffs Anthony Justice and 5th Wheel Records, Inc. in the above-referenced action. We write respectfully to request leave for Ellzey Kherkher Sanford & Montgomery LLP ("EKSM") to withdraw as counsel of record pursuant to Local Civil Rule 1.4.

Since the commencement of this action, circumstances have arisen that have resulted in a breakdown of the professional relationship between counsel, such that continued representation by EKSM is no longer practicable.

Plaintiffs have been informed of EKSM's intent to withdraw and consent to this request. Co-counsel, Krystle Delgado of Delgado Entertainment Law PLLC, will remain as counsel of record for Plaintiffs, and Plaintiffs are also in the process of securing additional co-counsel. Accordingly, EKSM's withdrawal will not leave Plaintiffs unrepresented.

EKSM has taken steps to ensure an orderly transition and does not anticipate that its withdrawal will cause delay or prejudice to any party. Counsel for Defendant has confirmed that Defendant does not oppose this request.

If the Court prefers, EKSM is prepared to submit a formal motion to withdraw. EKSM is also prepared to provide additional information regarding the basis for withdrawal, including by submission in camera, should the Court find that helpful.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Jarrett L. Ellzey*
Jarrett L. Ellzey, Texas Bar No. 24040864
*Pro Hac Vice Admission*
**ELLZEY KHERKHER SANFORD
MONTGOMERY, LLP**
4200 Montrose Blvd.., Suite 200
Houston, Texas 77006
Telephone: (888) 350-3931
jellzey@eksm.com

cc:  *Via ECF:*
Josh Sanford
Krystle Delgado
Arkady Frehtkman
Andrew Gass
Andrew Schapiro
Brittany Lovejoy
Dylan Scher
Jessica Anne Rose
William F. Patry