**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUSTICE, ET AL.,<br><br>          Plaintiffs,<br><br>      v.<br><br>UNCHARTED LABS, INC., d/b/a Udio.com,<br><br>          Defendant. | Case No. 1:25-cv-05026-AKH |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the deadline for Defendant Uncharted Labs, Inc., d/b/a Udio.com, to respond to the First Amended Complaint is extended from June 4, 2026 to and including June 26, 2026.

Dated: June 1, 2026

By. */s/ Andrew H. Schapiro*
Andrew H. Schapiro
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Defendant Uncharted Labs, Inc.,
d/b/a Udio.com*

By. */s/ Krystle Delgado*
Krystle Delgado
Delgado Entertainment Law, PLLC
6803 E Main St. # 1116
Scottsdale, AZ 85251
Telephone: (480) 248-0657
Facsimile: (480) 718-8759

*Attorney for Plaintiffs and the Putative Class*

**SO ORDERED.**

DATED:___June 2, 2026___

_____
UNITED STATES DISTRICT JUDGE