**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY JUSTICE and 5TH WHEEL RECORDS, INC., MY HEARTLAND PUBLISHING, LLC, *each individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Uncharted Labs, Inc., d/b/a Udio.com,<br><br>Defendant. | Civil Action No: 1:25-cv-05026-AKH<br><br>Hon. Alvin K. Hellerstein |

**NOTICE OF MOTION**

**ORAL ARGUMENT REQUESTED**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs, Anthony Justice, 5th Wheel Records, Inc., and My Heartland Publishing, LLC's (collectively, "**Plaintiffs**") Motion for Reconsideration Related to Count IV of their First Amended Complaint, Pursuant to Local Rule 6.3,  Plaintiffs will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, on a date and at a time to be determined by the Court, for an Order, pursuant to Local Civil Rule 6.3:

1. Reconsidering the Court's May 21, 2026 Order (Doc. 52) dismissing Count IV of Plaintiffs' First Amended Complaint;

2. Vacating the dismissal of Count IV and granting Plaintiffs leave to amend to assert their Tennessee common-law unfair competition claim; and,

3.  Granting such other and further relief as the Court deems just and proper.


Dated: June 3, 2026                          Respectfully submitted,

                                             /s/ *Krystle Delgado*
                                             Krystle Delgado
                                             Arizona Bar No. 031219
                                             **Delgado Entertainment Law, PLLC**
                                             6803 E. Main Street, # 1116
                                             Scottsdale, AZ 85251
                                             krystle@delgadoentertainmentlaw.com
                                             (*Pro Hac Vice*)

                                             *Attorney for Plaintiffs and the Putative
                                             Class*


## CERTIFICATE OF SERVICE

I certify that on June 3, 2026, the foregoing **Notice of Motion** was filed with the Clerk of

the U.S. District Court for the Southern District of New York, using the Court's CM/ECF filing

system, which will send notification of such filing to all counsel of record.


                                             /s/ *Krystle Delgado*
                                             Krystle Delgado