UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
JUSTICE, ET AL.,                                            :
                                                            :
                              Plaintiffs,                   :   **ORDER REGULATING**
                                                            :   **PROCEEDINGS**
          -against-                                         :
                                                            :
UNCHARTED LABS, INC., d/b/a Udio.com,                       :   25 Civ. 5026 (AKH)
                                                            :
                              Defendant.                    :
                                                            :
                                                            :
------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

1. The conference previously scheduled for July 17, 2026, is canceled pending
   resolution of Plaintiffs' motion for reconsideration.  *See* ECF No. 58.

2. The Clerk shall terminate ECF No. 73.

      SO ORDERED.

Dated:      July 7, 2026                     /s/ Alvin K. Hellerstein
            New York, New York               ALVIN K. HELLERSTEIN
                                             United States District Judge

1