**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY JUSTICE and 5TH WHEEL RECORDS, INC., MY HEARTLAND PUBLISHING, LLC, *each individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>Uncharted Labs, Inc., d/b/a Udio.com,<br><br>Defendant. | Civil Action No: 1:25-cv-05026-AKH |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED as follows:

1. Pursuant to the Court's August 17, 2026 Order and Opinion [Dkt. 81], the deadline for Plaintiffs, Anthony Justice, 5th Wheel Records, Inc., My Heartland Publishing, LLC ("Plaintiffs") to file a motion for leave to amend Count 4 of Plaintiff's Second Amended Complaint ("Count 4"), together with a proposed amended complaint, is currently set for September 16, 2026.

2. The parties are currently engaged in discussions that may narrow or resolve the issues in this action. In light of which, the parties believe that a brief extension would promote judicial economy and potentially avoid unnecessary motion practice while the parties continue to explore a resolution of this action. Therefore, the Parties believe that good cause exists to extend the deadline for seeking leave to amend Count 4 by thirty (30) days, to October 16, 2026.

3. If Plaintiffs elect not to seek leave to amend Count 4, Plaintiffs shall inform Defendant on or before October 16, 2026 that they intend to stand on Plaintiff's Second Amended Complaint with respect to Count 4.

4. Defendant Uncharted Labs, Inc., d/b/a Udio.com ("Udio") shall file its response to the operative amended complaint within twenty-one (21) days after: (a) Plaintiffs inform Udio that they intend to stand on the Second Amended Complaint; or (b) the Court grants Plaintiffs' motion for leave to amend their complaint with respect to Count 4 and Plaintiffs so file a Third Amended Complaint.

5. There have been no previous requests for extension of the deadline for Plaintiffs to seek leave to file an amended Count 4.

6. For the reasons herein stated, the Parties stipulate to extend the deadline for Plaintiff to seek leave to file an amended Count 4 to October 16, 2026.

7. The parties further request that the telephonic status conference presently scheduled for October 16, 2026, at 10:00 a.m. remain unchanged.

Dated: September 16, 2026

By. */s/ Andrew H. Schapiro*
Andrew H. Schapiro
**Quinn Emanuel Urquhart & Sullivan, LLP**
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Defendant Uncharted Labs, Inc., d/b/a Udio.com*

By. */s/ Krystle Delgado*
Krystle Delgado
**Delgado Entertainment Law, PLLC**
6803 E Main St. # 1116
Scottsdale, AZ 85251
Telephone: (480) 248-0657
Facsimile: (480) 718-8759

**Hagens Berman Sobol Shapiro LLP**
Raffi Melanson (BBO #688650)
1 Faneuil Hall Sq. 5th Floor
Boston, MA 02109
Telephone: (617) 475-1978
raffim@hbsslaw.com

Steve W. Berman (pro hac vice)
Mark Carlson (pro hac vice forthcoming)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
markc@hbsslaw.com

Whitney K. Siehl (pro hac vice)
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4962
dank@hbsslaw.com
whitneys@hbsslaw.com

Christopher R. Pitoun (pro hac vice)
301 N. Lake Ave. #920
Pasadena, CA 91101
Telephone: (213) 330-7150
christopherp@hbsslaw.com

Roxana Moussavian (pro hac vice)
715 Hearst Ave. Suite 300
Berkeley, CA 94710
Telephone: (510) 826-1575
roxana.moussavian@hbsslaw.com

*Attorney for Plaintiffs and the Putative Class*

**SO ORDERED.**

DATED: 9-17-26

UNITED STATES DISTRICT JUDGE