UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTICE, ET AL., Plaintiffs, -against- UNCHARTED LABS, INC., d/b/a Udio.com, Defendant.. | **SCHEDULING ORDER** 25 Civ. 5026 (AKH) |

ALVIN K. HELLERSTEIN, U.S.D.J.:

The parties are hereby ordered to appear for a status conference on October 16, 2026 at 10:00 a.m., which will be held via the following call-in number:

**Call-in number: 646-453-4442**

**Conference ID: 434 289 979#**

To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

Finally, no later than October 15, 2026, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated: October 14, 2026
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge